# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Lee and Aletta Williamson<br>J.W., a minor, by and through<br>his parents, Lee and<br>Aletta Williamson<br>   v.  **Plaintiffs**<br><br>Heritage Preschools of Homewood<br>LLC,<br>     **Defendant.** | **Summons**<br>(Issued pursuant to Rule 4 of<br>the Federal Rules of Civil<br>Procedure or other appropriate<br>law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>2:24-cv-00139-SGC |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Heritage Preschools of Homewood, LLC, through its registered agent John Labreche 300 Cahaba Park Circle Suite 101 Birmingham AL 35242

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

  Within \_\_\_\_21\_\_\_\_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  Artur Davis, HKM Employment Attorneys LLP, 2024 3rd Avenue N, Suite 212, Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 2-12-24

GREER M. LYNCH, CLERK OF COURT

By: *Angela Day*
Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Lee and Aletta Williamson )<br>J.W., a minor, by and through )<br>his parents, Lee and )<br>Aletta Williamson )<br>          v.     **Plaintiffs** )<br> )<br>Heritage Preschools LLC )<br> )<br>             **Defendant.** ) | **Summons**<br>(Issued pursuant to Rule 4 of<br>the Federal Rules of Civil<br>Procedure or other appropriate<br>law.)<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>2:24-cv-00139-SGC |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Heritage Preschools LLC, through its registered agent Richard Vest. Jr.

1310 Alford Avenue Suite 202 Birmingham AL 35226

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

     Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

     Artur Davis, HKM Employment Attorneys LLP, 2024 3rd Avenue N, Suite 212, Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-12-24

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: *Angila Day*

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203