AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-00139-SGC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **HERITAGE PRESCHOOLS LLC**
was recieved by me on **2/17/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Richard Vest, Jr**, who is designated by law to accept service of process on behalf of **HERITAGE PRESCHOOLS LLC** at **1310 Alford Ave Ste 202, Hoover, AL 35226** on **02/20/2024 at 1:36 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 73.14** for services, for a total of **$ 73.14**.

I declare under penalty of perjury that this information is true.

Date:   02/20/2024

_____
*Server's signature*

**Nancy Kerklin**
*Printed name and title*

**110 Woodmere Creek Lane
110
Birmingham, AL 35226**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Tanna Tillman who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**





Tracking #: **0125200961**

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **LEE WILLIAMSON, individually;** ) <br> **ALETTA WILLIAMSON, individually;** ) <br> **J.W., a minor, by and through his parents**) <br> **LEE and ALETTA WILLIAMSON,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> ) <br> **HERITAGE PRESCHOOLS LLC** ) <br> **and HERITAGE PRESCHOOLS** ) <br> **OF HOMEWOOD LLC,** ) <br> ) <br> **Defendants.** ) | Case No. 2:24-cv-00139-SGC |

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I electronically filed PLAINTIFF'S PROOF OF SERVICE OF A COMPLAINT against Heritage Preschools LLC with the Clerk of Court using the CM/ECF system. This is to further certify that this document was prepared using 14- point Times New Roman font.

This 23rd day of February 2024.

HKM EMPLOYMENT ATTORNEYS LLP
By*: s/ Artur Davis*
Artur Davis
2024 3rd Ave North Suite 212
Birmingham, AL 35203
adavis@hkm.com
205-881-0935
AL Bar No. ASB-3672-D56A